JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

FILED
CLERK, U S DISTRICT COURT
OCT 22 2002
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: ACV 00-12817 |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| EDWARD C PINCHIFF, | |
| Defendant. | |

In the above-entitled action, the Clerk of this Court having entered on _____, a default against Defendant, EDWARD C PINCHIFF for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant EDWARD C PINCHIFF, as to claim one, the sum of $10,566.71 in principal, $7,548.22 in accrued prejudgment interest through October 1, 2002, with interest accruing from October 1, 2002 at the rate of 9.130% per annum ($2.64 per day) until entry of judgment, with interest thereafter at the legal rate, $00.00 in administration charges, $190.00 in costs, less debtor payments of $.00, for a total of $18,304.93.

///

ENTERED ON
OCT 22 2002

1

1  IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant EDWARD C PINCHIFF, as to claim two, the sum of $6,803.62 in principal, $2,914.17 in accrued prejudgment interest through October 1, 2002, with interest accruing from October 1, 2002 at the rate of 5.000% per annum ($.93 per day) until entry of judgment, with interest thereafter at the legal rate, $00.00 in administration charges, penalties in the amount of $67.00, less debtor payments of $.00, for a total of $9,784.79.

IT IS FURTHER ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant, EDWARD C PINCHIFF, attorney's fees pursuant to Local Rule 55-4 of $1,642.21.

The total judgment of all claims including attorney's fees is **$29,731.93.**

SHERRI R. CARTER, CLERK
U.S. District Court
Central District of California

DATED: 10 22-02

By: _____
SHARON HALL-BROWN
Deputy Clerk