AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

CENTRAL District of CALIFORNIA

UNITED STATE OF AMERICA

V.

EDWARD C. PINCHIFF

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 2 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____

**BILL OF COSTS**

Case Number: ACV 00-12817

Judgment having been entered in the above entitled action on 10-22-02 against DEFENDANT,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 40.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | N/A |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL $** | **190.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:
EDWARD C. PINCHIFF

Signature of Attorney: _____

Name of Attorney: Katheryn E. Van Houten ~~JAMES J. WALDORF~~

For: PLAINTIFF, UNITED STATES OF AMERICA                    Date: October 1, 2002
Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on _____ at _____

Costs are taxed in the amount of 190.00 _____ and included in the judgment.

**SHERRI R. CARTER**                By: _____                    10-22-02
Clerk of Court                        Deputy Clerk  SHARON HALL-BROWN              Date

AO-133

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**WITNESS FEES** (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
" Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28 which reads in part as follows:**
" A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
" Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
" Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
" Entry of the judgment shall not be delayed for the taxing of costs."

## PROOF OF SERVICE BY MAILING

I, Frida Flores, declare:

I am over the age of 18 and not a party to the within action. I am employed by the Office of Irsfeld, Irsfeld & Younger LLP. My business address is 100 W. Broadway, Suite 900, Glendale, California 91210.

On October 2, 2002 I served a copy of **BILL OF COSTS** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below, following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: October 2, 2002

Place of mailing: Glendale, California.

Addressed to: EDWARD C PINCHIFF, 21302 BEACH BLVD APT 201, HUNTINGTON BEACH, CA 926485494.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 2, 2002, at Glendale, California.

Frida Flores

3